Rayfield A. WARD, Plaintiff—
Appellant,

v.

NORFOLK SHIPBUILDING & DRY-
DOCK CORPORATION; Local 684,
International Brotherhood of Boiler
Makers, Defendants—Appellees.

No. 06–1427.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 24, 2006.

Rayfield A. Ward, Appellant Pro Se. Thomas Michael Lucas, Kristina Helen Vaquera, Troutman & Sanders, LLP, Virginia Beach, Virginia; SuAnne Hardee Bryant, Bryant & Associates, PC, Chesapeake, Virginia; Charles S. Montagna, Montagna, Klein, Camden, LLP, Norfolk, Virginia, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rayfield A. Ward appeals the district court's orders dismissing his civil action against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ward v. Norfolk Shipbuilding & Drydock Corp.*, No. 2:05–cv–00412–RBS (E.D. Va. Sept. 30, 2005 & Feb. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*